NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH LUSHINGTON GARRELL,
DOC #T49977

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No. 2D17-4109

Opinion filed December 19, 2018.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Joseph Lushington Garrell, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, MORRIS, and LUCAS, JJ., Concur.